```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Victor A. Worms,<br><br>      Appellant,<br><br>  –v–<br><br>State Corporation "Deposit Insurance Agency",<br><br>      Appellee. | 20-CV-3505 (AJN)<br><br>ORDER |
| Victor A. Worms,<br><br>      Appellant,<br><br>  –v–<br><br>Yuri Vladimirovich Rozhkov,<br><br>      Appellee. | 20-CV-3510 (AJN)<br><br>ORDER |

ALISON J. NATHAN, District Judge:

  The above case has been assigned to me for all purposes. It is hereby

  ORDERED that the appellant file his brief by June 2, 2020. The appellees shall file their opposition briefs, if any, by June 16, 2020. The appellant's reply brief, if any, must be filed by June 30, 2020.

  SO ORDERED.

Dated: May 18, 2020
   New York, New York

                   _____
                     ALISON J. NATHAN
                   United States District Judge